<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6782**

_____

GERALD LYNN CAMPBELL,

        Petitioner - Appellant,

    v.

KUMA J. DEBOO,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. James E. Seibert, Magistrate Judge. (1:11-cv-00003-JES)

_____

Submitted: October 18, 2011      Decided: October 21, 2011

_____

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gerald Lynn Campbell, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Lynn Campbell, a federal prisoner, appeals the magistrate judge's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Campbell v. DeBoo</u>, No. 1:11-cv-00003-JES (N.D.W. Va. May 4, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the magistrate judge's jurisdiction under 28 U.S.C. § 636(c) (2006).